# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS ) | 4: 14 CR 00068-01-KGB |
| ) | |
| GARY ALLEN RICKENBACH ) | |

## MOTION FOR CONTINUANCE

Comes now the Defendant, Gary Allen Rickenbach, by and through his attorney, William O. "Bill" James, Jr., and for their petition states:

1. That this matter is currently scheduled for Jury Trial on May 31, 2016 at 9:30 a.m.

2. Defense Counsel would request a continuance of the jury trial in order to have more time to properly prepare for the sentencing hearing and to get sentenced before the trial. Additionally, Assistant U.S. Attorney Pat Harris has been sick and possibly unable to try the case.

3. Assistant U.S. Attorney Pat Harris, has indicated that he has no objection to this continuance.

4. The Defendant will waive his right to a speedy trial for the duration of this continuance.

**WHEREFORE**, Petitioner prays that this matter be continued and for all other proper relief.

Respectfully submitted,

/s/ William O. "Bill" James, Jr.
Bar No. 94108
Attorney for Defendant
James Law Firm
1821 S. Broadway
Little Rock, AR 72206
(501) 375-0900
E-mail: wmjamesjr@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Patrick Harris
Asst. U.S. Attorney
P.O. Box 1229
Little Rock, AR 72203

/s/ William O. "Bill" James, Jr.