IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                            PLAINTIFF

v.                    Case No. 4:14-cr-00068-01 KGB

GARY ALLEN RICKENBACH                                               DEFENDANT

## ORDER

Before the Court is defendant Gary Allen Rickenbach's motion to continue the June 1, 2016, trial date (Dkt. No. 83). The motion states that the government does not object to the motion. On May 27, 2016, the Court held a hearing attended by all parties to discuss Mr. Rickenbach's motion. For good cause shown, the Court grants Mr. Rickenbach's motion (Dkt. No. 83).

It is therefore ordered that the motion for continuance be, and it is hereby, granted. This matter as to all defendants is rescheduled for jury trial to begin at *9:30 a.m. the week of July 11, 2016*. Counsel are to be present 30 minutes prior to trial and are directed to submit jury instructions electronically to the Court at kgbchambers@ared.uscourts.gov on or before *June 27, 2016*.

It is further ordered that, as to Mr. Rickenbach, the delay occasioned by this continuance shall be excludable under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Court makes no such determination regarding separate defendants Michael Francis Heald and Bradley Stephen Paul. Mr. Heald and Mr. Paul object to Mr. Rickenbach's motion, as well as a motion to continue filed by the government. They may address their rights to a speedy trial in future filings with the Court. Regarding Mr. Heald and Mr. Paul, the Court will determine by separate Order whether the interest of justice served by granting the continuance outweighs the best interest of the public and the defendants for a speedy trial.

It is so ordered this 27th day of May, 2016.

Kristine G. Baker
United States District Judge